# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kathleen K. McClure, | Civil No. 09-642 (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Unum Group Corporation, a/k/a UnumProvident Corporation, a/k/a Unum Life Insurance Company of America, | |
| Defendant. | |

---

Based upon the parties' Stipulation, **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, on the merits and without an award of attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 20, 2009

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge